No. 10347.   STATE OF MONTANA ex rel. ETHERNITZ (EDDIE) FIELDS, Relator, v. THE DISTRICT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, in and for the County of Missoula, and the Honorable Judge Emmet Glore, District Judge, Respondents.

~ Submitted and decided August 27, 1961.

374 P.2d 116.

PER CURIAM.

Relator's trial is set for October 9, 1961.

The petition for writ of supervisory control, being untimely, is denied.